# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

V.                                                    CASE NUMBER: **06-C-269**
                                                                                    **(97-Cr-225)**

**DERRICK DEWAYNE TURNER**,

Movant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Derrick Dewayne Turner's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction. This case is hereby DISMISSED.**

| | |
|---|---|
| **March 6, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |

 s/ Linda M. Zik
(By) Deputy Clerk